UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REEFA ABDEL SAHEB,

    Plaintiff,                                      Case No. 08-13391

v.

                                                 Hon. Gerald E. Rosen
U.S. IMMIGRATION AND                Magistrate Judge Steven D. Pepe
NATURALIZATION SERVICES,

    Defendant.
_____/

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

        At a session of said Court, held in
      the U.S. Courthouse, Detroit, Michigan
      on             April 29. 2009

    PRESENT:  Honorable Gerald E. Rosen
                        Chief Judge, United States District Court

On March 13, 2009, Magistrate Judge Steven D. Pepe issued a Report and Recommendation ("R & R") recommending that this case be dismissed for lack of subject matter jurisdiction, in light of Plaintiff Reefa Abdel Saheb's failure to seek judicial review of the denial of his application for citizenship within the requisite 120-day period. No objections have been filed to the R & R. Having reviewed the R & R and the record as a whole, the Court fully concurs in the Magistrate Judge's analysis and recommended disposition of this matter. Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's March 13, 2009 Report and Recommendation is ADOPTED as the opinion of this Court.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated: April 29, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 29, 2009, by electronic and/or ordinary mail.

        s/Ruth Brissaud
        Case Manager